**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

The complete reporter's record was not filed until October 5, 2015. Accordingly, we

**GRANT** appellant's third motion to extend the briefing deadline and **ORDER** the brief be filed

no later than November 23, 2015.


/s/     CRAIG STODDART
        JUSTICE